**UNITED STATES of America, Appellee,**

v.

**635.76 ACRES OF LAND, MORE OR LESS, IN FRANKLIN ET AL., COUNTIES, ARKANSAS, and State of Arkansas, et al., and Unknown Owners, Appellants, George Robert Bill Parks, et al., Appellants, McLean Bottom Levee and Drainage District No. 3, Logan County Arkansas, Appellees.**

No. 71–1091.

United States Court of Appeals, Eighth Circuit.

Oct. 7, 1971.

Don A. Smith, Harper, Young & Smith, Fort Smith, Ark., for appellants.

Ray Blair, Paris, Ark., James K. Young, Russellville, Ark., for appellees.

Shiro Kashiwa, Asst. Atty. Gen., Bethel B. Larey, U. S. Atty., Robert E. Johnson, Asst. U. S. Atty., Fort Smith, Ark., Jacques B. Gelin, Dennis M. O'Connell, Attys., Department of Justice, Washington, D. C., for the United States.

Before VOGEL, GIBSON and LAY, Circuit Judges.

PER CURIAM.

The Honorable John E. Miller entered judgment that the McLean Bottom Levee and Drainage District No. 3 acquired a fee simple title by reason of condemnation proceedings in the Arkansas state courts, and that the intervenors have no compensable interest in any of the land in question. The intervenors appealed.

Judgment is affirmed on the basis of Judge Miller's opinion 319 F.Supp. 763, entered on December 2, 1970.

---

■

**ESSEX SYSTEMS COMPANY, INC., Plaintiff-Appellant,**

v.

**Abraham STEINBERG, Defendant, and Richard Harte et al., Defendants-Appellees.**

No. 23, Docket 71–1076.

United States Court of Appeals, Second Circuit.

Argued Sept. 17, 1971.

Decided Sept. 30, 1971.

Alfred S. Julien, New York City (Julien, Glaser, Blitz & Schlesinger, New York City, Jesse A. Epstein, New York City, of counsel), for appellant.

Murray A. Gordon, New York City, for appellee Harte.

Mitchell Jelline, New York City, for appellees Reichman and Blue Ribbon Label Corp.

Before MOORE, SMITH and HAYS, Circuit Judges.

PER CURIAM:

The order of the United States District Court for the Southern District of New York, Thomas F. Croake, Judge, filed December 17, 1970, denying the motion of appellant Essex Systems Company, Inc., for a preliminary injunction staying appellees from continuing to prosecute an action against appellant in a New Jersey state court is affirmed.